UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAMA CRENSHAW,

                Plaintiff,

                                              <u>DECISION AND ORDER</u>

                                              10-CV-6207L

        v.

JOHN SCIANDRA,

                Defendant.
_____

       The date for defendant to file summary judgment, currently due August 31, 2012, is suspended pending the Court's decision on defendant's motion to dismiss (Dkt. #61) filed May 14, 2012.

       IT IS SO ORDERED.

                                               _____
                                                   DAVID G. LARIMER
                                               United States District Judge

Dated: Rochester, New York
       July 5, 2012.