UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAMA CRENSHAW,

                            Plaintiff,

                                                        DECISION AND ORDER

                                                        10-CV-6207L

              v.

JOHN SCIANDRA,

                            Defendant.
_____

      The date for defendant to file summary judgment, currently due August 31, 2012, is suspended pending the Court's decision on defendant's motion to dismiss (Dkt. #61) filed May 14, 2012.

      IT IS SO ORDERED.

                                              _____
                                                  DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
       July 5, 2012.