UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM CRENSHAW,

                        Plaintiff,

                                               ORDER

                                               10-CV-6207L

            v.

JOHN SCIANDRA, et al.,

                        Defendants.
_____

      Plaintiff's motion (Dkt. #68) to disqualify United States District Judge Larimer and United States Magistrate Judge Feldman from handling the case is in all respects denied. The motion filed is without merit and neither Judge is required to recuse himself from the case.

      IT IS SO ORDERED.

                                         _____
                                           DAVID G. LARIMER
                                           United States District Judge

Dated: Rochester, New York
         December 11, 2012.